AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jacobvitz, Robert H. | United States Bankruptcy Court | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Pete V. Domenici United Staes Courthouse
333 Lomas Blvd NE
Albuquerque, NM 87102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Conference News Committee | National Conference of Bankruptcy Judges |
| 2. | Member, Technology Committee | National Conference of Bankruptcy Judges |
| 3. | Member, Committee on the Annual Meeting | National Conference of Bankruptcy Judges |
| 4. | Contributing Author, Collier on Bankruptcy | Matthew Bender & Company, Inc. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01-01-18 | Agreement between Matthew Bender & Company, Inc. and me for revisions to Collier on Bankruptcy: $9,200 initial year, $40.00 per affected page thereafter. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | July 2018 | Matthew Bender & Company, Inc. - contributing author Collier on Bankruptcy | $4,000.00 |
| 3. | July 2018 | Matthew Bender & Company, Inc. - contributing author Collier on Bankruptcy | $1,200.00 |
| 4. | Oct 2018 | Matthew Bender & Company, Inc. - contributing Collier on Bankruptcy | $4,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New Mexico Bank & Trust | loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | E | Int./Div. | O | T | | | | | |
| 2.   Amazon (AMZN) | | None | K | T | Buy | 08/03/18 | K | | |
| 3. | | | | | Buy (add'l) | 08/07/18 | K | | |
| 4. | | | | | Buy (add'l) | 08/08/18 | M | | |
| 5. | | | | | Buy (add'l) | 08/09/18 | K | | |
| 6. | | | | | Sold (part) | 10/01/18 | L | | |
| 7. | | | | | Sold (part) | 10/03/18 | K | | |
| 8. | | | | | Sold (part) | 10/03/18 | L | | |
| 9.   Apple (AAPL) | C | Dividend | M | T | Sold (part) | 06/19/18 | L | | |
| 10. | | | | | Buy (add'l) | 06/22/18 | M | | |
| 11. | | | | | Sold (part) | 08/03/18 | K | | |
| 12. | | | | | Sold (part) | 08/07/18 | K | | |
| 13. | | | | | Sold (part) | 08/08/18 | L | | |
| 14. | | | | | Sold (part) | 08/08/18 | L | | |
| 15. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 16. | | | | | Buy (add'l) | 10/01/18 | L | | |
| 17. | | | | | Buy (add'l) | 10/03/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 10/03/18 | L | | |
| 19. Currency Shares Autralian Dollar Trust (FXA) | A | Dividend | J | T | | | | | |
| 20. Currency Shares Canadian Dollar Trust (FXC) | A | Dividend | J | T | | | | | |
| 21. Facebook (FB) | | None | J | T | | | | | |
| 22. | | | | | Buy | 08/09/18 | K | | |
| 23. | | | | | Sold (part) | 08/09/18 | K | | |
| 24. | | | | | Sold (part) | 08/29/18 | J | | |
| 25. Global X Super Dividend ETF (SDIV) | B | Dividend | J | T | | | | | |
| 26. Geggenheim S&P 500 Equal Weight ETF (RSP) | A | Dividend | K | T | | | | | |
| 27. Guggenheim S&P Global Water Index ETF (CGW) | A | Dividend | K | T | | | | | |
| 28. iShares Global Consumer Staples ETF (KXI) | A | Dividend | K | T | | | | | |
| 29. iShares Global Telecom ETF (IXP) | A | Dividend | J | T | | | | | |
| 30. iShares Gold Trust (IAU) | | None | J | T | | | | | |
| 31. iShares Nasdaq Biotechnology ETF (IBB) | A | Dividend | K | T | | | | | |
| 32. iShares J.P. Morgan USD Emerging Markets Bond (EMB) | A | Dividend | J | T | | | | | |
| 33. VanEk Vectors Agribusiness Index ETF (MOO) | A | Dividend | K | T | | | | | |
| 34. VanEk Vectors Gold Miners Indesx ETF (GDX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VanEck Vectors Natual Resources ETF (HAP) | A | Dividend | K | T | | | | | |
| 36. Power Shares S&P 500 Low Volatiliy (SPLV) | B | Dividend | L | T | | | | | |
| 37. SPDR Barclays Capital Short Term High Yield Band ETF (SJNK) | A | Dividend | K | T | | | | | |
| 38. SPDR Dow Jones Industrial Average ETF (DIA) | B | Dividend | M | T | | | | | |
| 39. SPDR Dow Jones International Real Estate ETF (RWX) | A | Dividend | J | T | | | | | |
| 40. Technology Select Sector SPDR Fund (XLK) | A | Dividend | L | T | | | | | |
| 41. Vanguard Emerging Markets Stock Index ETF (VWO) | A | Dividend | K | T | | | | | |
| 42. Vanguard Energy ETF (VDE) | A | Dividend | K | T | | | | | |
| 43. Vanguard Health Care ETF (VHT) | A | Dividend | K | T | | | | | |
| 44. Vanguard High Dividend Yield Index ETF (VYM) | A | Dividend | K | T | | | | | |
| 45. Vanguard REIT Index ETF (VNQ) | A | Dividend | J | T | | | | | |
| 46. Vanguard Short Term Inflation Protected Securities ETF (VTIP) | A | Dividend | J | T | | | | | |
| 47. Vanguard Total Stock Market ETF (VTI) | B | Dividend | L | T | | | | | |
| 48. Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. IRA #2 | | None | K | T | | | | | |
| 51. Vanguard Short-Term Investmnet Grade Fund (VFSTX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Money market account in IRA #2 | A | Interest | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. Money market/brokerage account | A | Interest | J | T | | | | | |
| 55. | | | | | Sold (part) | 01/03/18 | J | | |
| 56. | | | | | Sold (part) | 01/08/18 | J | | |
| 57. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 58. | | | | | Sold (part) | 04/06/18 | J | | |
| 59. New Mexico Bank and Trust Bank(checking accounts) | | None | J | T | | | | | |
| 60. Voya Financial life insurance policies | B | Int./Div. | K | T | | | | | |
| 61. Canada Life (universal life insurance) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert H. Jacobvitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544